Stella VELASCO; et al., Plaintiffs—
Appellants,

v.

The UNITED STATES CITIZENSHIP
& IMMIGRATION SERVICES (CIS);
et al., Defendants—Appellees.

No. 10–55261.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 7, 2011.

Daniel Patrick Hanlon, Megan A. Brewer, Hanlon Law Group, A Professional Law Corporation, Pasadena, CA, for Plaintiffs–Appellants.

Joshua E. Braunstein, Assistant Director, Elianis N. Perez, Tony West, Esquire, Assistant Attorney General, U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Stella Velasco and her family appeal the district court's grant of summary judgment in favor of the United States Citizenship and Immigration Services ("USCIS"), which denied their applications for adjustment of status. We review the district court's grant of summary judgment de novo. *Pan Pac. Retail Props. Inc. v. Gulf Ins. Co.,* 471 F.3d 961, 965 (9th Cir.2006).

The district court lacked jurisdiction over this action. USCIS's denial of the Velascos' applications to adjust status is nonfinal, and the petitioners have not exhausted their administrative remedies. *See Cabaccang v. U.S. Citizenship & Immigration Servs.,* 627 F.3d 1313, 1316–18 (9th Cir.2010). We therefore vacate the district court's order of December 21, 2009, 2009 WL 5184419, and remand with instructions to dismiss the action for lack of jurisdiction.

**VACATED and REMANDED with instructions.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.